UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Erik Phillips-Nania</u>

    v.                                        Case No. 25-cv-137-JL-TSM

<u>Appalachian Mountain Club</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated January 13, 2026. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." <u>Rivera-Aponte v. Gomez Bus Line, Inc.</u>, 62 F.4th 1, 10 (1st Cir. 2023) (quoting <u>Sch. Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010)); <u>see also</u> <u>Santos-Santos v. Torres-Centeno</u>, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

                                                          _____
                                                          Joseph N. Laplante
                                                          United States District Judge

Date: February 11, 2026

cc:   Erik Phillips-Nania, pro se
       Counsel of Record